**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**James S. Cook**
**Kathleen J. Cook**
Debtor(s)

Bankruptcy Case No.: 13−25224−CMB

Chapter: 13
Docket No.: 62 − 61

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this 27th day of February, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/13/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **5/10/17 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/13/17.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-25224-CMB
James S. Cook                                                           Chapter 13
Kathleen J. Cook
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw                 Page 1 of 2         Date Rcvd: Feb 27, 2017
                              Form ID: 408               Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2017.
db/jdb         +James S. Cook,    Kathleen J. Cook,    906 Orchard Park Drive,    Gibsonia, PA 15044-9213
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13766944       +AES,   1200 N 7th St,    Harrisburg, PA 17102-1419
13766946       +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13832080        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13766947       +Chrysler Financial/TD Auto Finance,    Attn: Bankruptcy Dept,    Po Box 551080,
                 Jacksonville, FL 32255-1080
13840140       +Equitable Gas Company, LLC,    c/o Judith Gawlowski,    225 North Shore Drive, 2nd Floor,
                 Pittsburgh, PA 15212-5860
13766948       +First National Bank,    Attention:FNN Legal Dept,    1620 Dodge St. Stop Code: 3290,
                 Omaha, NE 68197-0003
13766949        First National Bank of Omaha,    PO Box 3696,    Omaha, NE 68103-0696
13768486       +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
13766952       #+Jeffery G. Cook,    115 High Street,    Pittsburgh, PA 15223-1930
13766951        Jeffery G. Cook,    134 Poland Hill Road,    Tionesta, PA 16353
13766955        Milstead & Associates,    Woodland Falls Corporate Park,    220 Lakedrive East, 301,
                 Cherry Hill, NJ 08002
13766956       +Pnc Bank,    Attn: Bankruptcy,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13766957       +Select Portfolio Servicing, Inc.,    PO Box 551170,    Jacksonville, FL 32255-1170
13766959       +Social Security Adminstation,    District Office,    921 Penn Avenue,    Pittsburgh, PA 15222-3887
13766958        Social Security Adminstation,    Re: xxx-xx3910,    999 Penn Avenue,    Birmingham, AL 35201
13781752       +TD Auto Finance LLC,    c/o Schiller & Knapp LLP,    950 New Loudon Rd, Suite 109,
                 Latham, NY 12110-2100
13766960       +TD Auto Finance LLC,    PO Box 9223,    Farmington, MI 48333-9223
13848856       +The Bank of New York Mellon,    c/o Select Portfolio Servicing, Inc.,    3815 South West Temple,
                 Salt Lake City, UT 84115-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13772895        E-mail/Text: ally@ebn.phinsolutions.com Feb 28 2017 02:48:19
                 Ally Bank serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13766945       +E-mail/Text: ally@ebn.phinsolutions.com Feb 28 2017 02:48:19      Ally Financial,
                 Attn: Bankruptcy,    Po Box 130424,    Roseville, MN 55113-0004
13842711        E-mail/PDF: rmscedi@recoverycorp.com Feb 28 2017 02:40:44      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13844259       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Feb 28 2017 02:50:32       Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13766950       +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 02:41:18      Gemb/walmart,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
13766953       +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 28 2017 02:48:32       Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13830578        E-mail/Text: bkr@cardworks.com Feb 28 2017 02:48:10      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13766954       +E-mail/Text: bkr@cardworks.com Feb 28 2017 02:48:10      Merrick Bk,    Attn: Bankruptcy,
                 P.O. Box 9201,    Old Bethpage, NY 11804-9001
13811365        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2017 02:54:41
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13871517       +E-mail/Text: philadelphia.bnc@ssa.gov Feb 28 2017 02:50:02       UNITED STATES OF AMERICA FOR SSA,
                 300 Spring Garden Street,    6th Floor East,    Philadelphia, PA 19123-2932
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              TD Auto Finance LLC
cr              The Bank of New York Mellon, f/k/a The Bank of New
13874289*      +UNITED STATES OF AMERICA FOR SSA,    300 Spring Garden Street,    6th Floor East,
                 Philadelphia, PA 19123-2932
                                                                                    TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0315-2           User: dsaw                  Page 2 of 2                   Date Rcvd: Feb 27, 2017
                               Form ID: 408                Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2017 at the address(es) listed below:

```
          Bryan P. Keenan    on behalf of Joint Debtor Kathleen J. Cook keenan662@gmail.com,
           melindap662@gmail.com
          Bryan P. Keenan    on behalf of Debtor James S. Cook keenan662@gmail.com,  melindap662@gmail.com
          James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
           York, as trustee for the holders of the EQCC Asset Backed Certificates, Series 2001-1F
           bkgroup@kmllawgroup.com
          Martin A. Mooney    on behalf of Creditor    TD Auto Finance LLC tshariff@schillerknapp.com,
           tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```