**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JAMES S. COOK<br>KATHLEEN J. COOK<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>        Movant<br>      vs.<br>No Repondents. | Case No.:13-25224<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

| | |
|---|---|
| February 24, 2017 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 12/17/2013 and confirmed on 2/5/14 . The case was subsequently        Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 44,220.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 44,220.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,464.66 | |
|    Trustee Fee | 1,658.77 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,123.43 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6701 | | | | |
|   THE BANK OF NEW YORK | 19,004.57 | 19,004.57 | 0.00 | 19,004.57 |
|     Acct: 2368 | | | | |
|   THE BANK OF NEW YORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2368 | | | | |
|   TD AUTO FINANCE | 0.00 | 19,092.00 | 0.00 | 19,092.00 |
|     Acct: 9905 | | | | |
| | | | | 38,096.57 |
| **Priority** | | | | |
|   BRYAN P KEENAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES S. COOK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN ESQ | 964.66 | 964.66 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX7-17 | | | | |
|   BRYAN P KEENAN ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2185 | | | | |
| | | * * * N O N E * * * | | |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 434.62 | 0.00 | 0.00 | 0.00 |
|     Acct: 4002 | | | | |
|   AES/PHEAA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1505 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 1,817.60 | 0.00 | 0.00 | 0.00 |
|     Acct: 5154 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 1,621.07 | 0.00 | 0.00 | 0.00 |
|     Acct: 8707 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 1,567.96 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: XXX5498 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,122.60 | 0.00 | 0.00 | 0.00 |
| Acct: 2880 | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 1,174.32 | 0.00 | 0.00 | 0.00 |
| Acct: 6117 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 287.47 | 0.00 | 0.00 | 0.00 |
| Acct: 3233 | | | | |
| CAPITAL RECOVERY V LLC | 129.11 | 0.00 | 0.00 | 0.00 |
| Acct: 1308 | | | | |
| CAPITAL ONE NA** | 1,478.09 | 0.00 | 0.00 | 0.00 |
| Acct: 5731 | | | | |
| MERRICK BANK | 516.51 | 0.00 | 0.00 | 0.00 |
| Acct: 0087 | | | | |
| SOCIAL SECURITY ADMINISTRATION(*) | 25,441.60 | 0.00 | 0.00 | 0.00 |
| Acct: 0093 | | | | |
| EQUITABLE GAS CO (*) | 222.04 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0424 | | | | |
| ALLY BANK(*) | 521.66 | 0.00 | 0.00 | 0.00 |
| Acct: 2185 | | | | |
| SOCIAL SECURITY ADMINISTRATION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0093 | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                    38,096.57

TOTAL
CLAIMED          0.00
PRIORITY    19,004.57
SECURED    36,334.65

Date: 02/24/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JAMES S. COOK
    KATHLEEN J. COOK
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:13-25224

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                   BY THE COURT:

                                                                   U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 13-25224-CMB
James S. Cook                                                                 Chapter 13
Kathleen J. Cook
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dsaw                    Page 1 of 2              Date Rcvd: Feb 27, 2017
                               Form ID: pdf900               Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2017.
```
db/jdb         +James S. Cook,    Kathleen J. Cook,    906 Orchard Park Drive,    Gibsonia, PA 15044-9213
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13766944       +AES,   1200 N 7th St,    Harrisburg, PA 17102-1419
13766946       +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13832080        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13766947       +Chrysler Financial/TD Auto Finance,    Attn: Bankruptcy Dept,    Po Box 551080,
                 Jacksonville, FL 32255-1080
13840140       +Equitable Gas Company, LLC,    c/o Judith Gawlowski,    225 North Shore Drive, 2nd Floor,
                 Pittsburgh, PA 15212-5860
13766948       +First National Bank,    Attention:FNN Legal Dept,    1620 Dodge St. Stop Code: 3290,
                 Omaha, NE 68197-0003
13766949        First National Bank of Omaha,    PO Box 3696,    Omaha, NE 68103-0696
13768486       +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
13766952       #+Jeffery G. Cook,    115 High Street,    Pittsburgh, PA 15223-1930
13766951        Jeffery G. Cook,    134 Poland Hill Road,    Tionesta, PA 16353
13766955        Milstead & Associates,    Woodland Falls Corporate Park,    220 Lakedrive East, 301,
                 Cherry Hill, NJ 08002
13766956       +Pnc Bank,    Attn: Bankruptcy,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13766957       +Select Portfolio Servicing, Inc.,     PO Box 551170,    Jacksonville, FL 32255-1170
13766959       +Social Security Adminstation,    District Office,    921 Penn Avenue,    Pittsburgh, PA 15222-3887
13766958        Social Security Adminstation,    Re: xxx-xx3910,    999 Penn Avenue,    Birmingham, AL 35201
13781752       +TD Auto Finance LLC,    c/o Schiller & Knapp LLP,    950 New Loudon Rd, Suite 109,
                 Latham, NY 12110-2100
13766960       +TD Auto Finance LLC,    PO Box 9223,    Farmington, MI 48333-9223
13848856       +The Bank of New York Mellon,    c/o Select Portfolio Servicing, Inc.,    3815 South West Temple,
                 Salt Lake City, UT 84115-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13772895        E-mail/Text: ally@ebn.phinsolutions.com Feb 28 2017 02:48:19
                 Ally Bank serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13766945       +E-mail/Text: ally@ebn.phinsolutions.com Feb 28 2017 02:48:19      Ally Financial,
                 Attn: Bankruptcy,    Po Box 130424,    Roseville, MN 55113-0004
13842711        E-mail/PDF: rmscedi@recoverycorp.com Feb 28 2017 02:41:34      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13844259       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Feb 28 2017 02:50:26       Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13766950       +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 02:41:11      Gemb/walmart,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
13766953       +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 28 2017 02:48:31      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13830578        E-mail/Text: bkr@cardworks.com Feb 28 2017 02:48:10      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13766954       +E-mail/Text: bkr@cardworks.com Feb 28 2017 02:48:10      Merrick Bk,    Attn: Bankruptcy,
                 P.O. Box 9201,    Old Bethpage, NY 11804-9001
13811365        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2017 03:04:45
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13871517       +E-mail/Text: philadelphia.bnc@ssa.gov Feb 28 2017 02:50:02       UNITED STATES OF AMERICA FOR SSA,
                 300 Spring Garden Street,    6th Floor East,    Philadelphia, PA 19123-2932
                                                                                               TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              TD Auto Finance LLC
cr              The Bank of New York Mellon, f/k/a The Bank of New
13874289*      +UNITED STATES OF AMERICA FOR SSA,    300 Spring Garden Street,    6th Floor East,
                 Philadelphia, PA 19123-2932
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0315-2           User: dsaw                   Page 2 of 2                   Date Rcvd: Feb 27, 2017
                               Form ID: pdf900              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2017 at the address(es) listed below:
              Bryan P. Keenan    on behalf of Joint Debtor Kathleen J. Cook keenan662@gmail.com,
               melindap662@gmail.com
              Bryan P. Keenan    on behalf of Debtor James S. Cook keenan662@gmail.com,  melindap662@gmail.com
              James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee for the holders of the EQCC Asset Backed Certificates, Series 2001-1F
               bkgroup@kmllawgroup.com
              Martin A. Mooney    on behalf of Creditor    TD Auto Finance LLC tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```