## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    James S. Cook<br>    Kathleen J. Cook<br>        Debtors. | Case No.: 13-25224-CMB |
| Select Portfolio Servicing, Inc. as servicing agent for The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the holders of the EQCC Asset Backed Certificates, Series 2001-1F,<br>        Movant,<br>vs.<br>James S. Cook and Kathleen J. Cook,<br>        Debtors / Respondents,<br>and<br>Ronda J. Winnecour,<br>        Trustee / Respondent. | Chapter 13 |

### NOTICE OF HEARING WITH RESPONSE DEADLINE
### REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **May 25, 2017**, seventeen (17) days from the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **June 7, 2017 at 10:00 a.m before the Honorable Carlota M. Bohm, in Courtroom B** on the 54th Floor of the U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

DATED:  May 8, 2017

MILSTEAD & ASSOCIATES, LLC

  /s/Matthew C. Waldt
Matthew C. Waldt, Esquire
mwaldt@milsteadlaw.com
Attorney ID No. 203308
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant