## PROCEEDING MEMO

Date: 05/10/2017 10:00am

In re: James S. Cook and Kathleen J. Cook

Bankruptcy No. 13-25224-CMB
Chapter: 13
Doc. # 61

Appearances: Bryan P. Keenan  did not appear.

Movant(s): ~~Winnecour~~ / Pail / ~~Bedford / Katz~~

Respondents: Martin A. Mooney  did not appear.

Creditor(s):

Nature of Proceeding: #61 Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements

Additional Pleadings: #65 Response by TD Auto Finance LLC; #66 Reply by Trustee; #70 Withdrawal of Document by TD Auto Finance LLC

Judge's Notes:

Outcome:                                                Continued to 6/7/17 @ 10:00 a.m.

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED _____ Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED _____ Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
          to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                              Respondent(s) brief due _____ days
                              Trustee's brief due _____ days

Carlota M. Böhm
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 13-25224-CMB
James S. Cook                                                               Chapter 13
Kathleen J. Cook
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dric              Page 1 of 1              Date Rcvd: May 10, 2017
                                Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2017.
db/jdb         +James S. Cook,    Kathleen J. Cook,    906 Orchard Park Drive,    Gibsonia, PA 15044-9213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2017 at the address(es) listed below:
              Bryan P. Keenan    on behalf of Joint Debtor Kathleen J. Cook keenan662@gmail.com,
               melindap662@gmail.com
              Bryan P. Keenan    on behalf of Debtor James S. Cook keenan662@gmail.com,  melindap662@gmail.com
              James Warmbrodt    on behalf of Creditor   The Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee for the holders of the EQCC Asset Backed Certificates, Series 2001-1F
               bkgroup@kmllawgroup.com
              Martin A. Mooney    on behalf of Creditor   TD Auto Finance LLC tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com
              Matthew Christian Waldt    on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing
               agent for The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the holders of
               the EQCC Asset Backed Certificates, Series 2001-1F mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9