IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JAMES S. COOK
AND KATHLEEN J. COOK,

                Debtors.

TD AUTO FINANCE LLC,

                Movant

      v.

JAMES S. COOK
AND KATHLEEN J. COOK,

                Debtors

Case No. 13-25224-CMB

Chapter 13

Docket No.

## WAIVER OF DEADLINE

     TD Auto Finance LLC, a secured creditor in the above-captioned bankruptcy case, by its counsel,

SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP, waives its right to a hearing on its Motion for

Relief from Automatic Stay within thirty (30) days of filing.

DATED:  May 18, 2017

                        TD AUTO FINANCE LLC
                        By Its Counsel

                        /s/ Martin A. Mooney_____
                        Martin A Mooney, Esq. ID No.315063
                        SCHILLER, KNAPP,
                        LEFKOWITZ & HERTZEL, LLP
                        950 New Loudon Road, Suite 109
                        Latham, New York 12110
                        Tel (518) 786-9069
                        E-Mail: MMooney@schillerknapp.com