# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    James S. Cook, Kathleen J. Cook,<br><br>    Debtor | Chapter 13<br><br>Case No.: 13-25224-CMB |
| Select Portfolio Servicing Inc., as servicing agent for The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the holders of the EQCC Asset Backed Certificates, Series 2001-1F,<br>    Movant,<br>vs.<br>James S. Cook, Kathleen J. Cook,<br>    Debtor / Respondent,<br>and<br>Ronda J. Winnecour,<br>    Trustee / Respondent. | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION FOR RELIEF FROM AUTOMATIC STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on May 8, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than May 25, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC

DATED: May 26, 2017

   /s/Matthew C. Waldt
Matthew C. Waldt, Esquire
Attorney ID No. 203308
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant