# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    James S. Cook<br>    Kathleen J. Cook<br>        Debtors. | Case No.: 13-25224-CMB |
| Select Portfolio Servicing, Inc. as servicing agent for The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the holders of the EQCC Asset Backed Certificates, Series 2001-1F,<br>        Movant,<br>vs.<br>James S. Cook and Kathleen J. Cook,<br>        Debtors / Respondents,<br>and<br>Ronda J. Winnecour,<br>        Trustee / Respondent. | Chapter 13<br><br>Related to Doc. No. 67<br><br>**ENTERED BY DEFAULT** |

## ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY

AND NOW, this __31st__ day of __May__, 20__17__, it is hereby

**ORDERED** that Select Portfolio Servicing, Inc. as servicing agent for The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the holders of the EQCC Asset Backed Certificates, Series 2001-1F 1997-5 is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 115 High Street, Pittsburgh, PA 15223;

**ORDERED** that Movant shall be permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law;

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

**ORDERED** that Federal Rule of Bankruptcy Procedure 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further

**ORDERED** that Federal Rule of Bankruptcy Procedure 3002.1 is no longer applicable to Movant, its successors or assigns, in the above captioned bankruptcy case.

BY THE COURT:

_Carlota M. Böhm_
Hon. Carlota M. Bohm, U.S.B.J.    dmr

cc:    Matthew C. Waldt, Esquire
        Bryan P. Keenan, Esquire
        Ronda J. Winnecour, Trustee
        James S. Cook
        Kathleen J. Cook

FILED
5/31/17 8:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 13-25224-CMB
James S. Cook                                                       Chapter 13
Kathleen J. Cook
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dric                Page 1 of 1               Date Rcvd: May 31, 2017
                              Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2017.
db/jdb         +James S. Cook,    Kathleen J. Cook,    906 Orchard Park Drive,    Gibsonia, PA 15044-9213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2017 at the address(es) listed below:
```
              Bryan P. Keenan    on behalf of Joint Debtor Kathleen J. Cook keenan662@gmail.com,
               melindap662@gmail.com
              Bryan P. Keenan    on behalf of Debtor James S. Cook keenan662@gmail.com,  melindap662@gmail.com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee for the holders of the EQCC Asset Backed Certificates, Series 2001-1F
               bkgroup@kmllawgroup.com
              Martin A. Mooney    on behalf of Creditor    TD Auto Finance LLC tshariff@schillerknapp.com,
               ahight@schillerknapp.com
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the holders of
               the EQCC Asset Backed Certificates, Series 2001-1F mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9
```