| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **James S. Cook** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–1505** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Kathleen J. Cook** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–0093** <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **13–25224–CMB** | | |

# Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James S. Cook                                             Kathleen J. Cook

<u>6/6/17</u>                                                        **By the court:**      <u>Carlota M. Bohm</u>
                                                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 13-25224-CMB
James S. Cook                                                                   Chapter 13
Kathleen J. Cook
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 2              Date Rcvd: Jun 06, 2017
                              Form ID: 3180W          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2017.
```
db/jdb         +James S. Cook,    Kathleen J. Cook,    906 Orchard Park Drive,    Gibsonia, PA 15044-9213
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13766944       +AES,    1200 N 7th St,    Harrisburg, PA 17102-1419
13840140       +Equitable Gas Company, LLC,    c/o Judith Gawlowski,    225 North Shore Drive, 2nd Floor,
                 Pittsburgh, PA 15212-5860
13766948       +First National Bank,    Attention:FNN Legal Dept,    1620 Dodge St. Stop Code: 3290,
                 Omaha, NE 68197-0003
13766949        First National Bank of Omaha,    PO Box 3696,    Omaha, NE 68103-0696
13768486       +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
13766951        Jeffery G. Cook,    134 Poland Hill Road,    Tionesta, PA 16353
13766955        Milstead & Associates,    Woodland Falls Corporate Park,    220 Lakedrive East, 301,
                 Cherry Hill, NJ 08002
13766956       +Pnc Bank,    Attn: Bankruptcy,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13766957       +Select Portfolio Servicing, Inc.,    PO Box 551170,    Jacksonville, FL 32255-1170
13766959       +Social Security Adminstation,    District Office,    921 Penn Avenue,    Pittsburgh, PA 15222-3887
13766958        Social Security Adminstation,    Re: xxx-xx3910,    999 Penn Avenue,    Birmingham, AL 35201
13781752       +TD Auto Finance LLC,    c/o Schiller & Knapp LLP,    950 New Loudon Rd, Suite 109,
                 Latham, NY 12110-2100
13848856       +The Bank of New York Mellon,    c/o Select Portfolio Servicing, Inc.,    3815 South West Temple,
                 Salt Lake City, UT 84115-4412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 07 2017 00:49:11      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
13772895        EDI: GMACFS.COM Jun 07 2017 00:48:00      Ally Bank serviced by Ally Servicing LLC,
                 PO Box 130424,    Roseville, MN 55113-0004
13766945       +EDI: GMACFS.COM Jun 07 2017 00:48:00      Ally Financial,    Attn: Bankruptcy,    Po Box 130424,
                 Roseville, MN 55113-0004
13766946       +EDI: CAPITALONE.COM Jun 07 2017 00:48:00      Capital 1 Bank,    Attn: Bankruptcy Dept.,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
13832080        EDI: BL-BECKET.COM Jun 07 2017 00:48:00      Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
13842711        EDI: RECOVERYCORP.COM Jun 07 2017 00:48:00      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13766947       +EDI: CHRYSLER.COM Jun 07 2017 00:48:00      Chrysler Financial/TD Auto Finance,
                 Attn: Bankruptcy Dept,    Po Box 551080,    Jacksonville, FL 32255-1080
13844259       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jun 07 2017 00:49:27       Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13766950       +EDI: RMSC.COM Jun 07 2017 00:48:00      Gemb/walmart,    Attn: Bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
13766953       +EDI: CBSKOHLS.COM Jun 07 2017 00:48:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
13830578        EDI: MERRICKBANK.COM Jun 07 2017 00:48:00       MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
13766954       +EDI: MERRICKBANK.COM Jun 07 2017 00:48:00      Merrick Bk,    Attn: Bankruptcy,    P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
13811365        EDI: PRA.COM Jun 07 2017 00:48:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
13766960       +EDI: CHRYSLER.COM Jun 07 2017 00:48:00      TD Auto Finance LLC,    PO Box 9223,
                 Farmington, MI 48333-9223
13871517       +E-mail/Text: philadelphia.bnc@ssa.gov Jun 07 2017 00:49:22       UNITED STATES OF AMERICA FOR SSA,
                 300 Spring Garden Street,    6th Floor East,    Philadelphia, PA 19123-2932
                                                                                               TOTAL: 15
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Select Portfolio Servicing, Inc. as servicing agen
cr              TD Auto Finance LLC
cr              The Bank of New York Mellon, f/k/a The Bank of New
13874289*      +UNITED STATES OF AMERICA FOR SSA,    300 Spring Garden Street,    6th Floor East,
                 Philadelphia, PA 19123-2932
13766952      ##+Jeffery G. Cook,    115 High Street,    Pittsburgh, PA 15223-1930
                                                                                              TOTALS: 3, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2           User: culy               Page 2 of 2             Date Rcvd: Jun 06, 2017
                               Form ID: 3180W          Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2017 at the address(es) listed below:

```
          Bryan P. Keenan    on behalf of Joint Debtor Kathleen J. Cook keenan662@gmail.com,
           melindap662@gmail.com
          Bryan P. Keenan    on behalf of Debtor James S. Cook keenan662@gmail.com,  melindap662@gmail.com
          James  Warmbrodt    on behalf of Creditor   The Bank of New York Mellon, f/k/a The Bank of New
           York, as trustee for the holders of the EQCC Asset Backed Certificates, Series 2001-1F
           bkgroup@kmllawgroup.com
          Martin A. Mooney    on behalf of Creditor   TD Auto Finance LLC tshariff@schillerknapp.com,
           ahight@schillerknapp.com
          Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
           agent for The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the holders of
           the EQCC Asset Backed Certificates, Series 2001-1F mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9
```