UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:
JAMES S. COOK
AND KATHLEEN J. COOK

        Bankruptcy No. 13-25224-CMB
        Debtor.
        (Chapter 13)

TD AUTO FINANCE, LLC,

        Movant.

        Related to Doc. No. 73, 85
        Hearing Date/Time: July 19, 2017 at 10:00 AM

-vs-

JAMES S. COOK
AND KATHLEEN J. COOK,
        Respondent.

## ORDER APPROVING
## STIPULATION RESOLVING MOTION FOR RELIEF

Upon consideration of the documents on record,

    **IT IS HEREBY ORDERED** that the Stipulation Resolving Motion for Relief regarding the above-referenced matter is hereby **APPROVED**.

Dated: Pittsburgh, Pennsylvania
June __6__, 2017

_/s/ Carlota M. Böhm_ **dmr**
Hon. Carlota M. Bohm
United States Bankruptcy Judge
Western District of Pennsylvania

FILED
6/6/17 9:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
James S. Cook  
Kathleen J. Cook  
    Debtors

Case No. 13-25224-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric    Page 1 of 1    Date Rcvd: Jun 06, 2017  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2017.  
db/jdb          +James S. Cook,    Kathleen J. Cook,    906 Orchard Park Drive,    Gibsonia, PA 15044-9213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2017                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2017 at the address(es) listed below:  
      Bryan P. Keenan    on behalf of Joint Debtor Kathleen J. Cook keenan662@gmail.com, melindap662@gmail.com  
      Bryan P. Keenan    on behalf of Debtor James S. Cook keenan662@gmail.com, melindap662@gmail.com  
      James Warmbrodt    on behalf of Creditor   The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the holders of the EQCC Asset Backed Certificates, Series 2001-1F bkgroup@kmllawgroup.com  
      Martin A. Mooney    on behalf of Creditor   TD Auto Finance LLC tshariff@schillerknapp.com, ahight@schillerknapp.com  
      Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the holders of the EQCC Asset Backed Certificates, Series 2001-1F mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
      S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                   TOTAL: 9